# Third District Court of Appeal

## State of Florida

Opinion filed January 14, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0733
Lower Tribunal No. 22-1298-CP-02
_____

**Elizabeth Joy Dascal,**
Appellant,

vs.

**In Re: Charles Dascal, et al.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Bertila Soto, Judge.

Weiss Serota Helfman Cole & Bierman, P.L. and Edward George Guedes, Laura Keats Wendell and Bryan C. Siddique, for appellant.

Katz Baskies & Wolf PLLC, and James Raymond George (Boca Raton), for appellees Jacqueline Dascal Chariff and Ana Maria Camacho.


Before LOGUE, LINDSEY and GOODEN, JJ.

PER CURIAM.

Affirmed.  See § 736.08135(2)(c), Fla. Stat. (2024) ("*To the extent feasible*, the accounting must identify and value trust assets on hand at the close of the accounting period.  For each asset or class of assets *reasonably capable of valuation*, the accounting shall contain two values, the asset acquisition value or carrying value and the estimated current value.") (emphasis added); Pounds v. Pounds, 703 So. 2d 487, 488 (Fla. 5th DCA 1997) ("In construing the provisions of a trust, the cardinal rule is to try to give effect to the grantor's intent, if possible.  The grantor's intent should not be determined by resort to isolated words and phrases, but rather by a construction of the instrument as a whole, and the general plan interpreted.") (internal citations omitted).